**Vinh H. LAM, Plaintiff–Appellant,**

v.

**WASHINGTON MUTUAL, INC.; et al., Defendants–Appellees.**

**No. 00–56003.**

**D.C. No. CV–00–04566–CM.**

United States Court of Appeals, Ninth Circuit.

Submitted June 11, 2001.*

Decided June 25, 2001.

Before O'SCANNLAIN, SILVERMAN, and RONALD M. GOULD, Circuit Judges.

## MEMORANDUM **

Vinh H. Lam appeals pro se the district court's judgment dismissing his action under Fed.R.Civ.P. 12(b)(1) for lack of subject matter jurisdiction. We have jurisdic-

tuted for his predecessor, Kenneth S. Apfel. *See* Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

tion under 28 U.S.C. § 1291. We review de novo a district court's Fed.R.Civ.P. 12(b)(1) dismissal. *Brady v. United States*, 211 F.3d 499, 502 (9th Cir.), *cert. denied*, —— U.S. ——, 121 S.Ct. 627, 148 L.Ed.2d 536 (2000). We affirm for the reasons stated in the magistrate judge's Report and Recommendation filed on May 10, 2000, and adopted by the district court in its order filed on May 24, 2000.

To the extent that Lam's "Oral Argument and Additional Citations," filed on March 19, 2001, requests relief, that relief is denied.

AFFIRMED.

---

\* Larry G. Massanari is substituted for his predecessor as Acting Commissioner of the Social Security Administration. Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument and denies McCloud's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

